FILED
2012 MAY 25 PM 5:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE E. ANDERSON, PH.D., <br><br> Plaintiff, <br><br> v. <br><br> HALCOTT GREAVES, ET AL., <br><br> Defendants. | No. CV 12-4033 UA (DUTYx) <br><br> ORDER SUMMARILY REMANDING ACTION TO STATE COURT |

The Court will remand this action to state court summarily because Jorge E. Anderson ("Plaintiff") removed it improperly.

As best the Court can determine from the documents submitted by Plaintiff, it appears that Plaintiff is attempting to pursue a civil rights action against the Public Guardian of the State of New Jersey. Plaintiff's attempted action is somehow associated with a probate matter pending in the Superior Court of New Jersey for Essex County. It is that probate matter that Plaintiff has removed to this Court.

To the extent Plaintiff is trying to remove his own action, 28 U.S.C. § 1441(a) precludes removal by providing that only a *defendant* may remove an action from state court to federal court.

To the extent Plaintiff is trying to remove a probate action, removal is improper because a federal court has no jurisdiction to probate a will or administer a decedent's estate, or to dispose of property in the custody of a state probate court. These matters are

within the state probate court's *in rem* jurisdiction. *Marshall v. Marshall*, 547 U.S. 293, 312, 126 S.Ct. 1735 (2006).

To the extent Plaintiff is trying to remove an action pending in New Jersey state court, removal to this Court is improper because removal is only available to the district court of the United States for the district and division embracing the place where the action is pending. 28 U.S.C. § 1441(a).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of New Jersey, Essex County, Chancery Division, Probate Part, Office of the Essex County Surrogate, Hall of Records Room 206, 465 Dr. Martin Luther King, Jr. Blvd., Newark NJ 07102, for the foregoing reasons; (2) that the Clerk send a certified copy of this Order to the state court; and (3) that the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: 5/24/2012

AUDREY B. COLLINS
United States District Judge

Presented by:

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge